IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> Commonwealth of Pennsylvania, et. al, <br><br> Defendants. | CIVIL ACTION NO. <br> 1:20-cv-00708-CCC |

**[PROPOSED] ORDER ON MOTION TO INTERVENE AND FOR LEAVE TO FILE ANSWER ON THE SAME SCHEDULE AS DEFENDANTS**

The proposed Defendant-Intervenors having filed a motion to intervene, and the parties having had an opportunity to respond to that motion, the motion is:

\_\_\_\_\_ Granted.

\_\_\_\_\_ Denied.

Dated _____, 2020.

_____
Chief Judge