IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRISBURG DIVISION

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> COMMONWEALTH of PENNSYLVANIA, et al., <br><br> Defendants. | Civ. Action No. 1:20-cv-00708-CCC |

Counsel for the Plaintiff, Judicial Watch, Inc., having opposed the motion of Common Cause Pennsylvania and League of Women Voters of Pennsylvania to intervene, and the Court having fully considered the matter and being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the Motion of Non-Parties Common Cause Pennsylvania and League of Women Voters of Pennsylvania to Intervene as Defendants and for Leave to File Answer on the Same Schedule as Defendants (ECF No. 4) is DENIED.

This the _____ day of _____, 2020.

_____
United States District Judge