# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA
# HARRISBURG DIVISION

| | |
|---|---|
| JUDICIAL WATCH, INC., | : NO. 1:120-cv-00708 |
| Plaintiff, | : (Judge Christopher C. Conner) |
| v. | : |
| COMMONWEALTH of PENNSYLVANIA, et al., | : |
| Defendants. | : |

## [PROPOSED] ORDER

This matter having come before the Court upon the Motion for Leave to File Memorandum of Law in Support of Motion of Non-Parties Common Cause Pennsylvania and League of Women Voters of Pennsylvania for Leave to Intervene (the "Motion") of Defendants Bucks County Commission, Bucks County Board of Elections, Bucks County Registration Commission, Thomas Freitag, in his official capacity as Elections Director for Bucks County, Chester County Commission, Chester County Board of Elections, Chester County Registration Commission, Sandra Burke, in her official capacity as Director of Elections in Chester County, Delaware County Council, Delaware County Board of Elections, Delaware County Registration Commission, and Laureen Hagan, in her official

- 2 -

capacity as Chief Clerk, Elections Bureau for Delaware County, submitted on June 9, 2020, and for good cause shown, it is on this \_\_\_\_ day of _____, 2020 **ORDERED** that the Motion is **GRANTED**.  It is further **ORDERED** that the Clerk of Court will file the Memorandum of Law attached to the Motion as Exhibit A on the docket.

_____
J. Christopher C. Conner