# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA
# HARRISBURG DIVISION

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | : | NO. 1:120-cv-00708-CCC |
| Plaintiff, | : | |
| v. | : | |
| COMMONWEALTH of PENNSYLVANIA, et al., | : | |
| Defendants. | : | |

## CERTIFICATE OF CONCURRENCE AND NON-CONCURRENCE

In accordance with Local Rule 7.1, I, Mark A. Aronchick, certify that County Defendants sought concurrence with the Motion for Leave to File Memorandum of Law in Support of Motion of Non-Parties Common Cause Pennsylvania and League of Women Voters of Pennsylvania for Leave to Intervene. The party's responses were as follows:

| | |
|---|---|
| Commonwealth of Pennsylvania | Concur |
| Kathy Boockvar | Concur |
| Judicial Watch | Oppose |

|  |  |
|---|---|
| Date: June 9, 2020 | HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER |
|  | By:  */s/ Mark A. Aronchick*<br>Mark A. Aronchick<br>Michele D. Hangley<br>Christina C. Matthias*<br>One Logan Square, 27th Floor<br>Philadelphia, PA  19103<br>Telephone: (215) 496-7050<br>Email: maronchick@hangley.com |
|  | *Counsel for the County Defendants* |
|  | *Special Admission to the Middle District of Pennsylvania pending. |