IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMONWEALTH OF PENNSYLVANIA, et. al,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:20-cv-00708-CCC |

## DECLARATION OF JANETH HENDERSHOT

Pursuant to 28 U.S.C. § 1746, I, Janeth Hendershot, hereby declare as follows:

1.     I have personal knowledge of the matters stated herein and would testify to the same if called as a witness in Court.

2.     I am over eighteen years of age and am otherwise competent to testify.

3.     I am the Co-President of the League of Women Voters of Pennsylvania. I have served in that role since June 2019.

1

4.      I am also a member of the League of Women Voters of Bucks County and served on their board for several years and previously as their Co-President.

5.      League of Women Voters of Pennsylvania ("LWV-PA") is a nonpartisan nonprofit organization that encourages the informed and active participation of citizens in government, works to increase understanding of major public policy issues, and influences public policy through education and advocacy.

6.      LWV-PA supports full voting rights for all eligible citizens and opposes efforts to build barriers to exercise this right, including the purging of eligible voters from the rolls.

7.      LWV-PA has approximately 2,273 members, who are at risk of being removed from the voter rolls if Plaintiff is successful in this litigation.

8.      Many of LWV-PA's approximately 2,273 members live in Bucks, Chester, and Delaware Counties.

9.      LWV-PA works in the areas of voter registration, election protection, voter education, get out the vote, and grassroots mobilization around voting rights.

10.     If Plaintiff succeeds in compelling unwarranted and potentially illegal "list maintenance" procedures, LWV-PA and its local Leagues in the affected counties will have to divert considerable resources from its election protection, advocacy,

and get out the vote efforts to educate and re-register eligible voters who are purged from the voter rolls but wish to participate in future elections.

11.     LWV-PA has an interest in preventing the removal of eligible voters from the rolls, including their members and voters they may have registered or assisted with navigating the registration process.

12.     I declare under penalty of perjury that the foregoing is true and correct.


Executed this 8ᵗʰ day of June, 2020, in Washington Crossing, Pennsylvania.


Janeth Hendershot