IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRISBURG DIVISION

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>COMMONWEALTH of PENNSYLVANIA, et al.,<br><br>        Defendants. | Civ. Action No. 1:20-cv-00708-CCC |

## DECLARATION OF ROBERT D. POPPER

Robert D. Popper, for his declaration, pursuant to 28 U.S.C. § 1746, deposes and says:

1.    I am an attorney representing Plaintiff Judicial Watch, Inc. in the above-captioned matter. I make this declaration in opposition to the motion of the County Defendants to file a late brief in support of the pending motion for intervention.

2.    Attached hereto as Exhibit 1 is a true and correct copy of the June 8, 2020 email exchange between counsel concerning County Defendants' request to file a late brief.

3.    Attached hereto as Exhibit 2 is a true and correct copy of the complaint and attached exhibits filed in *Pub. Interest Legal Found., Inc. v. Winfrey*, No. 2:19-cv-13638 (E.D. Mich. Dec. 10, 2019).

I declare under penalty of perjury that the foregoing is true and accurate.

June 9, 2020
*/s Robert D. Popper*
Robert D. Popper

## CERTIFICATE OF SERVICE

I certify that the foregoing declaration with all exhibits was filed electronically and served on counsel of record via the ECF system of the U.S. District Court for the Middle District of Pennsylvania.

June 9, 2020                                             */s Robert D. Popper*
                                                          Robert D. Popper