IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUDICIAL WATCH, INC.,** | : | CIVIL ACTION NO. 1:20-CV-708 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **COMMONWEALTH OF PENNSYLVANIA,** *et al.*, | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 10th day of June, 2020, upon consideration of defendants' motion (Doc. 19) "for leave to file memorandum of law of the county defendants in support of motion of non-parties Common Cause Pennsylvania and League of Women Voters of Pennsylvania for leave to intervene," and the court noting that permitting defendants to file the requested brief will not unfairly prejudice plaintiff, and for good cause shown by defendants, (see Doc. 19-2 at 2-3), it is hereby ORDERED that:

1. Defendants' motion (Doc. 19) is GRANTED.

2. The Clerk of Court is directed to file the proposed memorandum of law (Doc. 19-1) as defendants' brief in support of the motion (Doc. 4) to intervene.

3. Plaintiff shall have 10 days from the date of today's order in which to file a response to defendants' brief in support, if desired.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania