# **EXHIBIT 3**

| Column No. on EAC Spreadsheet | Column Heading on EAC Spreadsheet | Survey Question | Bucks | Chester | Delaware |
|---|---|---|---|---|---|
| E | A1a Total Registered Voters | TOTAL number of registered and eligible voters: Do not include any persons under the age of 18 who may be registered under a "pre-registration" program or registered after the 2018 deadline for registration. | 457235 | 357307 | 403371 |
| F | A1b Total Active Voters | TOTAL number of active voters: Fully eligible voters who have no additional processing requirements to fulfill before voting. | 427491 | 324843 | 363320 |
| G | A1c Total Inactive Voters | TOTAL number of inactive voters: Voters who remain eligible to vote but require address verification under the provisions of the National Voter Registration Act. | 29744 | 32464 | 40051 |
| CH | A8a - Notifications: Total | TOTAL number of confirmation notices sent to registered voters: The total number of confirmation of registration notices sent to voters during the same two-year registration period used in question A3. Include both the notices sent because there was an indication that the registrant no longer resides in the jurisdiction and the notices sent because the voter has not voted or attempted to vote during the two-year period. | 16537 | 15120 | 16134 |
| CI | A8b - Notifications: Received Confirming | Received back from voters confirming registration: The total number of notices returned that confirmed an individual was still eligible to vote in the jurisdiction. | 2524 | 1371 | 1268 |
| CJ | A8c - Notifications: Received Invalidating | Received back confirming registration should be invalidated: The total number of notices returned that confirmed an individual was no longer eligible to vote in the jurisdiction or no longer wanted to be registered to vote. | 3699 | 2139 | 1603 |
| CK | A8d - Notifications: Returned Undeliverable | Returned back as undeliverable: The total number of notices returned by the post office because the U.S. Postal Service could not deliver the notice. | 335 | 621 | 415 |
| CL | A8e - Notifications: Status Unknown | Status unknown (neither received confirmation nor returned undeliverable): Any notice that was sent to a voter but was not received back confirming registration (A8b), confirming invalidation (A8c), or returned as undeliverable (A8d). | 9979 | 10989 | 12848 |

| Column No. on EAC Spreadsheet | Column Heading on EAC Spreadsheet | Survey Question | Bucks | Chester | Delaware |
|---|---|---|---|---|---|
| CT | A9a - Voters Removed: Total | For question A9a, report the total number of voters removed from the voter registration rolls in your jurisdiction in the period between the close of registration for the November 2016 general election and the close of registration for the November 2018 general election. Note that this question asks for those ineligible to vote, not those moved into an "inactive" status. | 13960 | 9516 | 12376 |
| DU | A9b - Voters Removed: Moved | Moved outside jurisdiction | 4131 | 4546 | 4552 |
| CV | A9c - Voters Removed: Death | Death | 9189 | 4537 | 7453 |
| CW | A9d - Voters Removed: Felony | Disqualifying felony conviction | 0 | 0 | 0 |
| CX | A9e - Voters Removed: Fail to Respond | Failure to respond to notice sent and failure to vote in two most recent federal elections | 8 | 5 | 4 |
| CY | A9f - Voters Removed: Declared Mentally Incompetent | Declared mentally incompetent | 0 | 0 | 0 |
| CZ | A9g - Voters Removed: Voter Request | Voter request to be removed for reasons other than those listed above | 302 | 7 | 0 |
| DA | A9h_Other | Other | INCLUDES MULTIPLE FORMS OF SELF CANCELLATION | INCLUDES MULTIPLE FORMS OF SELF CANCELLATION | INCLUDES MULTIPLE FORMS OF SELF CANCELLATION |
| DB | A9h | Other | 330 | 421 | 367 |