- 3 -

## **CERTIFICATE OF CONCURRENCE AND NON-CONCURRENCE**

In accordance with Local Rule 7.1, I, Mark A. Aronchick, certify that County Defendants sought concurrence with the Motion to Dismiss. The party's responses were as follows:

| | |
|---|---|
| Commonwealth of Pennsylvania | No position |
| Kathy Boockvar | No position |
| Judicial Watch | Oppose |

*/s/ Mark A. Aronchick*
Mark A. Aronchick

- 3 -