# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA HARRISBURG DIVISION

| | |
|---|---|
| JUDICIAL WATCH, INC., | NO. 1:120-cv-00708 |
| Plaintiff, | (Judge Christopher C. Conner) |
| v. | |
| COMMONWEALTH of PENNSYLVANIA, et al., | |
| Defendants. | |

## [PROPOSED] ORDER

This matter having come before the Court upon the Motion to Dismiss of Defendants Bucks County Commission, Bucks County Board of Elections, Bucks County Registration Commission, Thomas Freitag, in his official capacity as Elections Director for Bucks County, Chester County Commission, Chester County Board of Elections, Chester County Registration Commission, Sandra Burke, in her official capacity as Director of Elections in Chester County, Delaware County Council, Delaware County Board of Elections, Delaware County Registration Commission, and Laureen Hagan, in her official capacity as Chief Clerk, Elections Bureau for Delaware County (the "County Defendants"), submitted on July 10, 2020, and for good cause shown, it is on this _____ day of

- 2 -

_____, 2020 **ORDERED** that the Motion is **GRANTED**. Plaintiff's claims against the County Defendants are DISMISSED.

 

_____

J. Christopher C. Conner