IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUDICIAL WATCH, INC.,** | : | CIVIL ACTION NO. 1:20-CV-708 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **COMMONWEALTH OF PENNSYLVANIA,** *et al.*, | : | |
| | : | |
| Defendants | : | |

# ORDER

AND NOW, this 8th day of March, 2021, upon consideration of the motion (Doc. 35) to dismiss filed by the county defendants,[1] and the parties' briefs in support of and opposition thereto, and for the reasons stated in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. The county defendants' motion (Doc. 35) to dismiss is GRANTED.

2. Counts I and II of the complaint (Doc. 1) filed by plaintiff Judicial Watch, Inc., are DISMISSED without prejudice as to the county defendants.

---

[1] The county defendants are the Bucks County Commission; the Bucks County Board of Elections; the Bucks County Registration Commission; Thomas Freitag, Elections Director for Bucks County; the Chester County Commission; the Chester County Board of Elections; the Chester County Registration Commission; Sandra Burke, Director of Elections for Chester County; the Delaware County Council; the Delaware County Board of Elections; the Delaware County Registration Commission; and Laureen Hagan, Chief Clerk of the Elections Bureau for Delaware County.

3. Judicial Watch is granted leave to amend its complaint in conformity with the accompanying memorandum within 30 days of the date of this order. Should Judicial Watch elect to submit pre-suit notice to the county defendants with respect to Count II, Judicial Watch may seek an extension of this deadline to account for the 90-day statutory cure period.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania