IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

JUDICIAL WATCH, INC.,

                  Plaintiff,                    No. 1:20-cv-708

     v.                             (Judge Christopher C. Conner)

COMMONWEALTH of PENNSYLVANIA;
VERONICA DEGRAFFENREID, Acting
Secretary of the Commonwealth; THE
LUZERNE COUNTY COUNCIL; TIM
McGINLEY, Chair, Luzerne County
Council; SHELBY WATCHILLA; Director
of Elections for Luzerne County; THE
CUMBERLAND COUNTY BOARD OF
COMMISSIONERS; GARY
EICHELBERGER, Chair, Cumberland
County Board of Commissioners;
BETHANY SALZARULO, Cumberland
County Director of Elections; THE
WASHINGTON COUNTY BOARD OF
COMMISSIONERS; DIANA IREY
VAUGHAN, Chair, Washington County
Board of Commissioners; MELANIE R.
OSTRANDER, Washington County Director
of Elections; THE INDIANA COUNTY
COMMISSIONERS; MICHAEL KEITH,
Chairman, Indiana County Commissioners;
DEBRA L. STREAMS, Indiana County
Director of Voter Registration; THE
CARBON COUNTY BOARD OF
COMMISSIONERS; WAYNE E.
NOTHSTEIN, Chairman, Carbon County
Board of Commissioners; LISA DART,
Carbon County Director of Elections; with
all individual defendants sued in their
official capacities only,

                  Defendants.

     v.

COMMON CAUSE PENNSYLVANIA; and
LEAGUE OF WOMEN VOTERS OF
PENNSYLVANIA,

           Defendant
           Intervenors.

## **NOTICE OF ENTRY OF APPEARANCE**

Kindly enter the appearance of Molly E. Meacham, Esquire and Babst, Calland, Clements and Zomnir, P.C. as counsel for Defendants, The Indiana County Commissioners; Michael Keith, Chairman, Indiana County Commissioners; Debra L. Streams, Indiana County Director of Voter Registration, in the above-captioned action.

Respectfully submitted,

BABST, CALLAND, CLEMENTS
and ZOMNIR, P.C.

Date:  December 22, 2021            */s/ Molly E. Meacham*
           Molly E. Meacham, Esquire
           PA I.D. No. 318272
           mmeacham@babstcalland.com
           Two Gateway Center, 9th Floor
           603 Stanwix Street
           Pittsburgh, PA 15222
           Tel.: (412) 394-5400

           *Counsel for The Indiana County*
           *Commissioners; Michael Keith, Chairman,*
           *Indiana County Commissioners, Debra L.*
           *Streams, Indiana County Director of Voter*
           *Registration*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been electronically submitted through the PACER/ECF System to counsel of record, this 22nd day of December, 2021.

Respectfully submitted,

BABST, CALLAND, CLEMENTS AND ZOMNIR, P.C.

By: __/s/ Molly E. Meacham_____
    Molly E. Meacham, Esquire
    PA I.D. No. 318272
    mmeacham@babstcalland.com
    Two Gateway Center, 6th Floor
    603 Stanwix Street
    Pittsburgh, PA 15222
    Tel.: (412) 394-5400

    *Counsel for The Indiana County Commissioners; Michael Keith, Chairman, Indiana County Commissioners, Debra L. Streams, Indiana County Director of Voter Registration*