## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUDICIAL WATCH, INC.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **No. 1:20-CV-0708** |
| **v.** | : | |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA,** *et al.,* | : | **(JUDGE CONNER)** |
| | : | |
| **Defendants.** | : | |

### DEFENDANTS LUZERNE COUNTY COUNCIL, TIM MCGINLEY
### AND SHELBY WATCHILLA'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Luzerne

County Council, Tim McGinley and Shelby Watchilla ("Luzerne County

Defendants"), by and through their undersigned counsel, respectfully request that

this Court dismiss as to them Count I of the First Amended Complaint filed by

Plaintiff Judicial Watch, Inc.  The grounds for granting the instant Motion to

Dismiss are set forth in detail in Luzerne County Defendants' supporting brief

which will be filed in accordance with Middle District of Pennsylvania Local Rule

7.5.

**WHEREFORE**, Luzerne County Defendants respectfully request this Court grant their Motion to Dismiss.

Respectfully submitted,

/s/ John G. Dean
John G. Dean
**ELLIOTT GREENLEAF, P.C.**
15 Public Square, Suite 310
Wilkes-Barre, PA 18701
(570) 371-5290

Attorney for Defendants Luzerne County Council, Tim McGinley and Shelby Watchilla

DATED: January 31, 2022

2

## **CERTIFICATE OF SERVICE**

I, John G. Dean, hereby certify that I have caused to be served on this day a true and correct copy of Luzerne County Defendants' Motion to Dismiss via ECF on all counsel of record.

/s/John G. Dean
DATED:      January 31, 2022          John G. Dean