IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUDICIAL WATCH, INC.,** | : | CIVIL ACTION NO. 1:20-CV-708 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **COMMONWEALTH OF PENNSYLVANIA,** *et al.*, | : | |
| Defendants | : | |

# **ORDER**

AND NOW, this 14th day of July, 2022, at the request of the parties during a telephonic conference on today's date, it is hereby ORDERED that the above-captioned matter is REFERRED to Magistrate Judge Susan Schwab for a settlement conference.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania